

11TH COURT OF APPEALS
EASTLAND, TEXAS
JUDGMENT

Charles Abernathy,

\* From the 238th District Court
  of Midland County,
  Trial Court No. CV53020.

Vs. No. 11-23-00137-CV

\* January 16, 2025

Ronald Cupp,

\* Memorandum Opinion by Williams, J.
  (Panel consists of: Bailey, C.J.,
  Trotter, J., and Williams, J.)

This court has inspected the record in this cause and concludes that there is no error in the judgment below. Therefore, in accordance with this court's opinion, the judgment of the trial court is in all things affirmed. The costs incurred by reason of this appeal are taxed against Charles Abernathy.